UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JUELAINE MILLER, et al.,

    Plaintiffs,

v.        Case No. 15-cv-00506

THEDACARE, INC.,

    Defendant.

## JOINT STATUS REPORT

Plaintiffs, Juelaine Miller, et al., ("Plaintiffs") and Defendant, ThedaCare, Inc., ("ThedaCare"), through their undersigned counsel, jointly report that the parties have agreed to engage the services of mediator Deborah Gage Haude, Esq., through JAMS ADR Services. Ms. Haude is an experienced mediator, including having experience with wage-hour class and collective action matters. The mediation will occur either April 24 or 25, 2018, subject to confirmation from Ms. Haude regarding her availability. The parties hope to resolve all remaining disputes between them in this matter at the mediation. Accordingly, the parties request that Case No. 15-cv-000506 remain stayed, and ask the Court to establish a date for a follow-up status report to occur after the mediation.

Dated: March 2, 2018

| | |
|---|---|
| THE PREVIANT LAW FIRM, S.C. | QUARLES & BRADY LLP |
| *s/ Nathan D. Eisenberg* | *s/ Christopher L. Nickels* |
| Nathan D. Eisenberg, State Bar No. 1030555 | Sean M. Scullen, State Bar No. 1034221 |
| nde@previant.com | sean.scullen@quarles.com |
| Sara J. Geenen, State Bar No. 1052748 | Christopher L. Nickels, State Bar No. 1083481 |
| sjg@Previant.com | christopher.nickels@quarles.com |
| 310 West Wisconsin Ave, Suite 100MW | 411 East Wisconsin Avenue, Suite 2350 |
| Milwaukee, WI 53203 | Milwaukee, WI 53202-4426 |
| Telephone: 414.271.4500 | Telephone: 414.277.5000 |

GILL & GILL, S.C.
Gregory B. Gill, Sr.
Barry P. Gill
501 S. Nicolet Road
Appleton, WI 54914
Telephone: 920.739.1107
gillsr@gillandgillsc.com
bpgill@gillandgillsc.com

*Attorneys for Plaintiffs*          *Attorneys for Defendant*