# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**JUELAINE MILLER, et al.,**

                Plaintiff(s),

            v.                **TELEPHONE STATUS CONFERENCE**
                                        Case No. 15-CV-506

**THEDACARE, INC.,**

                Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding        Time Called: 9:07 am
Proceeding Held: May 3, 2018                         Time Concluded: 9:10 am
Deputy Clerk: Lori                                          Tape: 050318

**<u>Appearances:</u>**

    **Plaintiff(s):**    Barry Gill and Nathan Eisenberg

    **Defendant(s):**    Christopher Nickels and Sean Scullen

---

Mr. Eisenberg informs the court that the parties have reached a settlement. The basic terms are outlined and agreed to by the parties. They anticipate the final settlement will require approval by the court. The parties anticipate having the agreement finalized within 30 days. The parties are in agreement that a fairness hearing may not be necessary and that the parties may be able to submit the paperwork to the court for approval. If the court does not hear from the parties, it will be placed back on the calendar for a status.